UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN XIAOZHONG WANG,

      Plaintiff,

                              Case No. 26-cv-11296
v.                              Honorable Linda V. Parker

CAPGEMINI AMERICA, INC., et al.,

      Defendants.
_____/

## OPINION AND ORDER (1) GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND (2) DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff initiated this lawsuit against Defendants on April 20, 2026.  He filed an Amended Complaint on April 28.  He has yet to file a certificate of service reflecting proper service on any defendant of his pleading or a summons.  *See* Fed. R. Civ. P. 4(*l*)(1).  Nevertheless, on May 29, 2026, Plaintiff filed a motion for default judgment against Defendant Capgemini America, Inc. ("Capgemini") pursuant to Federal Rule of Civil Procedure 55(b)(2).  (ECF No. 46.)  On the same date, Capgemini filed a motion for an extension of time to file an answer or otherwise respond to the complaint.  (ECF No. 47.)  In the motion, Capgemini claims that it has not been served with Plaintiff's pleading or a summons in accordance with the Federal Rules of Civil Procedure.

The Court finds good cause to grant Capgemini's request for more time to respond to Plaintiff's Amended Complaint.  Most notably, Capgemini has not yet been properly served in accordance with Federal Rule of Civil Procedure 4(h).  Neither Rule 4(h) nor the Michigan Court Rules allow for service on Capgemini solely by certified mailing.  *See* Fed. R. Civ. P. 4(h); MCR 2.105.

The Court also is denying Plaintiff's request for a default judgment against Capgemini for that reason and because Plaintiff's request for a default judgment is procedurally improper.  Plaintiff has not filed proof of service to show that he properly served Capgemini or when service was accomplished to set the deadline by which Capgemini had to answer or otherwise respond to the complaint.  Further, before seeking a default judgment, a party must seek entry of default.  *See* Fed. R. Civ. P. 55(a).

Accordingly,

**IT IS ORDERED** that Capgemini's motion for an extension of time (ECF No. 47) is **GRANTED**, and it shall answer or otherwise respond to Plaintiff's Amended Complaint on or before July 1, 2026.

**IT IS FURTHER ORDERED** that Plaintiff's motion for default judgment (ECF No. 46) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 31, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 31, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager