UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN XIAOZHONG WANG,

Plaintiffs,

v.

CAPGEMINI AMERICA, INC. et al,

Defendants.
_____________________________________/

Case No. 2:26-cv-11296

District Judge Linda V. Parker
Magistrate Judge Anthony P. Patti

**DISCOVERY ORDER FOLLOWING STATUS CONFERENCE**

A status conference was held on November 10, 2026. Plaintiff John Xiaozhong Wang appeared *pro se* and Defendant appeared via counsel Danielle Kays of Fisher & Phillips LLP. Per the discussion regarding ongoing discovery issues, and as ordered orally from the bench, the Court enters the instant discovery order.

Plaintiff is **ORDERED** to sign the medical records release forms provided by Defendant's counsel for all of Plaintiff's medical providers from 2021 through present **AND** return these signed releases to Defendant's counsel electronically through email, fax, or document sharing link, no later than **5:00 PM Thursday, November 12, 2026**.

Additionally, Plaintiff is **ORDERED** to provide his 2025 tax returns and current paystubs to Defendant's counsel on or before **November 17, 2026**. As

described in this Court's prior orders, the medical records release forms and income documents should not be filed to the Court's docket. (*See* ECF No. 84.)

Plaintiff is further **ORDERED** to sit for his deposition on **December 4, 2026**. The Court reiterates here that it would be prudent and helpful to both parties for Plaintiff's deposition to be taken with the assistance of a Mandarin Chinese language interpreter.

Defendant is **ORDERED** to provide Plaintiff with a USB thumb-drive containing Defendant's document production on or before **Friday, November 13, 2026.**

Both parties are **WARNED** that failure to comply with this order may result in sanctions as described in Federal Rule of Civil Procedure 37(b) including but not limited to the dismissal of this case. Fed. R. Civ. P. 37(b).

As a one-time courtesy to Plaintiff, the Clerk is **DIRECTED** to email a copy of this order to Plaintiff at "johnwangcissp@gmail.com" upon filing. Plaintiff is directed not to reply to that email.

**IT IS SO ORDERED.**

Dated: November 10, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE