UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN XIAOZHONG WANG,

Plaintiff,

v.

CAPGEMINI AMERICA, INC, et al.,

Defendants.
______________________________/

Case No. 2:26-cv-11296

District Judge Linda V. Parker
Magistrate Judge Anthony P. Patti

**ORDER STRIKING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND REQUEST TO MODIFY MEDICAL RECORDS SUBPEONA (ECF NO. 86)**

Plaintiff was previously warned of the Court's expectations with regard to the correct form for all court filings under Local Rules 5.1 and 7.1. (ECF No. 80, PageID.283-284.) His most recent filing, a motion for a protective order (ECF No. 86) fails to adhere to these rules and is well below the 14-point font requirement. It is, therefore, **HEREBY STRICKEN**. Moreover, it seeks, among other things, to limit Defendant's discovery to "non-privileged" healthcare information and revisit the Court's most recent discovery order (ECF No. 85), essentially seeking reconsideration without complying with E.D. Mich. LR 7.1(h). (ECF No. 86, PageID.337.) Plaintiff waived the privilege he seeks to impose after-the-fact by claiming emotional distress damages (ECF No. 60, PageID.225) and he has already signed the medical release, as admitted in his

motion (ECF No. 86, PageID.336). He also asks for prospective relief, which is inappropriate. The Court will not take up his invitation to engage in an *in camera* review to "identif[y] disputed materials where appropriate." (*Id.*, PageID.337.)

It is **SO ORDERED**.

Dated: November 20, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE